bursements, and motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

CHARLES ARNOLD, Respondent, v. SARTELL PRENTICE and Others, Appellants.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

DU-ART FILM LABORATORIES, INC., and Another, Appellants, v. UNIVERSAL PICTURES CORPORATION and Another, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

LEE GENN, an Infant, by NATHAN GENN, Her Guardian ad Litem, and Another, Appellants, v. HENRY SONN & Co., INC., Respondent.— Order of October 19, 1934, and order of April 20, 1934, in so far as modified by said subsequent order, reversed, with twenty dollars costs and disbursements, and motion dated August 31, 1934, relating to item 4 denied. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

TILLIE BIGEL and Another, Respondents, v. NATIONAL SUGAR REFINING COMPANY OF NEW JERSEY, Appellant.— Order reversed, with twenty dollars costs and disbursements and motion denied. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

CENTRAL CHEMICAL COMPANY, Respondent, v. THE CHASE NATIONAL BANK, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

BLANCHE RUTH RUBINOFF, Respondent, v. DAVID RUBINOFF, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

BLANCHE RUTH RUBINOFF, Appellant, v. DAVID RUBINOFF, Respondent.— Order so far as appealed from modified by disallowing interrogatories 5, 6, 7, 11 and 12, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

MARTIN POLLACK v. NATIONAL UNION FIRE INSURANCE COMPANY, PITTSBURGH, PA.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

CHARLES MAIKISH v. METROPOLITAN DISTRIBUTORS, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

In the Matter of RIEBACK & MANDELL, INC., against ARTHUR WULLSCHLEGER and Others. ARTHUR WULLSCHLEGER and Others v. RIEBACK & MANDELL, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of JOHN E. DONEGAN v. LOUIS SCHWARTZ.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Townley, Merrell, Glennon and Untermyer, JJ.